**FILED**
CLERK, U.S. DISTRICT COURT

Mar. 9, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ PMC _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND, | Case No. 2:21-cv-07419 SVW(JPRx)  **JUDGMENT AGAINST DEFENDANT WORLD MECHANICAL, INC.** |

        Plaintiffs,

    vs.

WORLD MECHANICAL, INC., a California corporation; and HARRY A. GORDON, an individual,

        Defendants.

796519v1 11157-31028

1      This action having been commenced on September 16, 2021, and the Court having

2   approved the stipulation for entry of judgment in favor of Plaintiffs and against Defendant

3   World Mechanical, Inc., and for good cause shown,

4      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

5      Plaintiffs, Trustees of the Southern California Pipe Trades Health and Welfare

6   Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving

7   Spouses Health Fund, Trustees of the Southern California Pipe Trades Retirement Trust

8   Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund,

9   Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund,

10  Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the

11  Apprentice and Journeyman Training Trust Fund, Trustees of the United Association

12  National Pension Fund, and Trustees of the International Training Fund shall recover

13  from Defendant World Mechanical, Inc., a California corporation, the principal amount

14  of $350,536.81, plus pre-judgment and post-judgment interest calculated at 8% per

15  annum from March 7, 2022, until paid in full.

16

17  Dated: ___March 9, 2022___          _____

18                                        Honorable Stephen V. Wilson
                                          United States District Court Judge
19

20

21

22

23

24

25

26

27

28

796519v1  11157-31028